# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
### 346 WARREN E. BURGER FEDERAL COURTHOUSE
### 316 NORTH ROBERT STREET
### ST. PAUL, MINNESOTA 55101

**BECKY R. THORSON**                                              Telephone No.:
U. S. MAGISTRATE JUDGE                                    651-848-1210

July 21, 2015

Hassan Arnesto Martin
1175 Gershwin Avenue
PO Box 28301
Oakdale, MN 55128

      Re:       Martin v. Canadian Pacific Railway, Ltd.
                    **Civil No. 15-1871 PAM/BRT**

Dear Mr. Martin:

      Enclosed you will find a copy of the previous referral letter sent to you from the Court. If you wish to pursue representation from a *Pro Se* Project attorney, you must initiate contact. In other words, you must take the next step.

      The contact information for the *Pro Se* Coordinator appears below. If you are interested in participating in the *Pro Se* Project attorney referral program, please contact Ms. Sanders directly.

                    Tiffany Sanders
                    FPA *Pro Se* Project Coordinator
                    P.O. Box 24378
                    Minneapolis, MN 55424
                    [proseproject@q.com](mailto:proseproject@q.com)
                    (612) 965-3711

                                    Very truly yours,

                                    *s/ Becky R. Thorson*
                                    BECKY R. THORSON
                                    United States Magistrate Judge

BRT/msk

cc:     Tiffany Sanders

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
346 WARREN E. BURGER FEDERAL COURTHOUSE
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101

| | |
|---|---|
| **BECKY R. THORSON** | Telephone No.: |
| U. S. MAGISTRATE JUDGE | 651-848-1210 |

April 9, 2015

Martin Hassan Arnesto
16544 Oakfield
Detroit, MI 48235

  Re:   Arnesto v. Canadian Pacific Railway, Ltd.
       **Civil No. 15-1871 PAM/BRT**

Dear Mr. Arnesto:

  Unlike criminal cases where there is a legal right to counsel, a person filing a civil case such as yours has no legal right to have the Court appoint a lawyer to assist him or her. However, the Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer lawyers who donate their time to assist unrepresented individuals. The FBA program is called the "FBA *Pro Se* Project." Your case is being referred to the FBA *Pro Se* Project and you may be able to obtain a lawyer at no cost to you through this program.

  If you would like to have your case reviewed by a volunteer lawyer through the FBA *Pro Se* Project, the Coordinator, Tiffany Sanders, will attempt to put you in contact with a lawyer who will provide you with a general opinion on the merits of your claims and offer you advice on how to proceed. <u>The volunteer lawyer may agree to represent you, but there is no requirement that he or she do so or that any lawyer be appointed to assist you</u>. If you would like a volunteer lawyer to review your case, you must inform Ms. Sanders of your desire to participate in the FBA *Pro Se* Project.

  If you choose not to participate in the program, or if a lawyer does not agree to represent you, your case will proceed and you will continue to appear *pro se*; that is, on your own behalf. Regardless of whether a lawyer represents you, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Just as a lawyer would, you will need to comply with these rules if you continue to appear *pro se*.

  The contact information for the FBA *Pro Se* Coordinator appears below. If you do not hear from Ms. Sanders within seven days of this letter and you are interested in

participating in the FBA *Pro Se* Project attorney referral program, please contact Ms. Sanders directly.

    Tiffany Sanders
    FPA *Pro Se* Project Coordinator
    P.O. Box 24378
    Minneapolis, MN 55424
    proseproject@q.com
    (612) 965-3711

        Very truly yours,

        *s/ Becky R. Thorson*
        BECKY R. THORSON
        United States Magistrate Judge

BRT/msk

cc: FBA *Pro Se* Coordinator (w/complaint)