UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA



Hassan Arnesto Martin,

    Plaintiff(s),

vs.

Civil No. 15-1871 (PAM/BRT)

Soo Line Railroad Company, Inc. d/b/a
Canadian Pacific Railroad, Ltd.

    Defendant(s)

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT COST OR ATTORNEY FEES

---

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), Plaintiff hereby gives notice that the above-captioned matter is voluntarily dismissed, without prejudice, against Defendant Soo Line Railroad Company, Inc. d/b/a Canadian Pacific Railroad, Ltd., and any other Defendants currently or previously named in this action. On July 23, 2015 my employment with Soo Line Railroad Company was terminated. I was forced to return to Michigan and I do not have the resources needed to continue the legal process.

DATE: December 16, 2015

Hassan Martin, Pro Se
16544 Oakfield
Detroit, MI 48235

PANAYOTIS KALOGEROPOULOS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF LIVINGSTON
My Commission Expires March 12, 2016
Acting In the County of WAYNE

P. Kalogeropoulos

SCANNED
DEC 2 2 2015
U.S. DISTRICT COURT ST. PAUL